No. 92–8424 (A–812). HICKEY ET AL. *v.* BALLINGALL ET AL. C. A. 3d Cir. Application for stay, addressed to JUSTICE BLACK-

MUN and referred to the Court, denied.    Certiorari denied.